JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE,<br><br>             Plaintiff,<br><br>     vs.<br><br>TEISHOKUYA OF TOKYO D/B/A T O T RESTAURANT; DOES 1 through 10,<br><br>             Defendants. | Case No.: CV 20-1131-DMG (ASx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION [26]** |

Based on the parties' stipulation and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, in its entirety. The parties shall bear their own fees and costs. The Order to Show Cause dated October 9, 2020 [Doc. # 25] is DISCHARGED. All dates and deadlines are VACATED.

DATED: October 15, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE